DAYTON BAR ASSOCIATION *v.* ELLISON.

[Cite as Dayton Bar Assn. *v.* Ellison (1990), 50 Ohio St. 3d 131.]

(No. 89-2167—Submitted February 13, 1990—Decided April 11, 1990.)

*Charles Geidner,* for relator.
*Kathy L. Ellison, pro se.*

*Per Curiam.* We agree with the board's findings of misconduct and its recommendation. Respondent is therefore publicly reprimanded for having violated DR 6-101(A)(3) and 7-101(A)(3). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.